```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        EASTERN DIVISION


UNITED STATES OF AMERICA                              PLAINTIFF


VS.                                 CIVIL ACTION NO. 4:00CV221LN


ALDEN M. WALLACE, III; PRISCILLA
PRINGLE WALLACE; NELL WALLACE;
WALLACE RENTALS, LLC; MANAGEMENT
GROUP, LLC; WALLACE MANAGEMENT &
DEVELOPERS CORP. AND AMERIHOMES, LLC                 DEFENDANTS
```

ORDER

This cause is before the court on the motion of defendants Alden M. Wallace, III and Priscilla Pringle Wallace for reconsideration of the court's August 22, 2007 order granting plaintiff's motion to reopen case, stay expiration of consent order and extend discovery period.  The government opposes the motion, and the court, having considered the parties' memoranda, concludes that the motion should be denied.  Further, to the extent that plaintiffs request relief related to the discovery ordered by the magistrate judge, a separate motion should be filed.

SO ORDERED this 23rd day of October, 2007.


                              /S/ TOM S. LEE
                              UNITED STATES DISTRICT JUDGE